Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MICHELE MCKENZIE

# UNITED STATES DISTRICT COURT,
# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHELE MCKENZIE, | Case No.: |
| Plaintiff, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| v. | (Unlawful Debt Collection Practices) |
| GC SERVICES, LP, | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

MICHELE MCKENZIE (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

- 1 -

PLAINTIFF'S COMPLAINT

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Tempe, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with headquarters in Houston, Texas and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged student loan owed.

12. Defendant constantly and continuously places collection calls to Plaintiff at from the number (480) 277-9475 seeking and demanding payment for the alleged consumer debt.

13. Defendant places collection calls to Plaintiff before 8 o'clock in the morning and after 9 o'clock in the evening.

14. Defendant has spoken with third parties unrelated to the alleged debt and informed them that Plaintiff allegedly owes a student loan debt. (See Exhibit A).

15. Defendant threatened Plaintiff with wage garnishment if immediate payment was not made.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692b(2) of the FDCPA by communicating with third parties regarding Plaintiff's alleged debt and informing them that Plaintiff owes an alleged debt.

   b. Defendant violated §1692c(a)(1) of the FDCPA by communicating with Plaintiff prior to 8 o'clock in the morning and after 9 o'clock in the evening and thus at times known to be inconvenient.

   c. Defendant violated §1692c(b) of the FDCPA by communicating with third parties regarding Plaintiff's alleged debt and informing them that Plaintiff owes an alleged debt.

   d. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

   e. Defendant violated §1692d(5) of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   f. Defendant violated §1692e(4) of the FDCPA threatening to garnish Plaintiff's wages even though Defendant did not intend to take such action.

   g. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect.

WHEREFORE, Plaintiff, MICHELE MCKENZIE, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

19. Actual damages;

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff, MICHELE MCKENZIE, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: February 5, 2010         KROHN & MOSS, LTD.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, MICHELE MCKENZIE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MICHELE MCKENZIE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2/1/10

_____
MICHELE MCKENZIE

-5-

PLAINTIFF'S COMPLAINT

# EXHIBIT A

To whom it may concern:

My name is Kari Morrison Young, and I have received calls from GC services regarding Michele McKenzie's defaulted student loan. They have called and given me personal information which I feel I should not have received. This company is an aggressive company that uses intimidation and other non-ethical tactics in order to persuade me to give them personal information about Michele.

Sincerely,

*Kari Morrison Young*

Kari Morrison Young
602-432-9625

February 11, 2010

To whom it may concern:

My name is Clint Booth, I have received calls from GC services regarding Michele McKenzie's defaulted student loan. They have called and given information, which I feel I should not have received, such as: the reason they are calling. This company is an aggressive company, which has used scare tactics and not so ethical tactics in order to get me to give them information about Michele. Some of the types of statements made are: "We don't care if this isn't her number we are going to keep calling until we get her" & "we know you know her so get her on the phone". I mentioned that they were bothering me and they didn't have my permission to call my phone number. (I've had this number for 14 years) They said they would keep calling anyway. I'm surprised that they are still in business!

Sincerely,

Clint Booth