IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele McKenzie, ) | CIV-10-319-PHX-MHB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| GC Services, LP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having been notified that this matter has settled (Doc. #7),

**IT IS ORDERED** that this action be dismissed by the Clerk of the Court without further notice thirty (30) days from the date of this Order, unless prior thereto a judgment or order of dismissal is entered or a request for reinstatement on the Court's trial calendar is filed herein.

DATED this 15th day of April, 2010.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge